UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    92-CR-81127

    Hon. Avern Cohn

EVELYN WILKES (D-21),

    Defendant.
_____/

## SENTENCING MEMORANDUM

DEFENDANT EVELYN WILKES is before the Court for sentencing on July 14, 1994, having pled guilty to Structuring a Transaction to Evade Reporting Requirements (Aiding and Abetting).

As the presentence report reflects, Mrs. Wilkes is 60 years of age; at best, her health can be described as fair. She is on medical disability for carpal tunnel syndrome, although she is bothered with several other maladies detailed in the report.

She has no prior criminal record, and this offense stems from her having purchased an expensive automobile for Terrance Brown, a co-defendant in this case who allegedly was a principal in the drug conspiracy charged in this matter.

After a brief period of incarceration following arrest, Mrs. Wilkes has been admitted to an unsecured bond with a custodial arrangement for more than one year. With the permission of the Court, she recently traveled to and returned

from a family trip to Florida and Georgia. There have been no pretrial supervision problems according to the presentence report.

Mrs. Wilkes pled guilty to an agreement which provides, among other things, that any sentence of incarceration shall be between 8 months and 14 months. Her sentence guideline range is 8 - 14 months. Under applicable guideline provisions (see Presentence Report paragraph number 54), the Court can sentence Mrs. Wilkes to a custodial sentence which includes a term of supervised release with a condition that substitutes community confinement or home detention, provided that at least one-half of the minimum term (four months) is satisfied by imprisonment.

Given the nature of the offense, Mrs. Wilkes's age, contrition, health, lack of prior record, the options provided for under the sentencing guidelines, and other factors set forth in the Presentence Report, Mrs. Wilkes respectfully requests that the Court recommend a community treatment center be designated as a place of confinement for one-half of the minimum custodial time period (four months); and that the Court order that Mrs. Wilkes participate in the Home Confinement Program for the balance of the minimum custodial term (four months).

Mrs. Wilkes requests further that the Court consider her modest assets and negative monthly cash flow in determining the appropriateness of a fine or other assessment.

Respectfully submitted,

_[signature]_

**WALTER POOKRUM   P 26058**
645 Griswold, Suite 384
Detroit, MI   48226
313   965-2533

July 11, 1994